

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:          01-09-00437-CR

Style:                 Gerald Hayes

                       **v** The State of Texas

Date motion filed*:    November 4, 2014

Type of motion:        Request for extension of time to file motion for rehearing

Party filing motion:   Appellant

Document to be filed:  Motion for rehearing

If motion to extend time:

    Original due date:                   November 7, 2014

    Number of extensions granted:        0          Current Due date:  November 7, 2014

    Date Requested:                      30 days from date of ruling

Ordered that motion is:

    ☑    Granted in part

        If document is to be filed, document due:  December 5, 2014

        ☑    No further extensions of time will be granted

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

_____

_____

_____

_____

Judge's signature: /s/ Chief Justice Sherry Radack
        ☒ Acting individually    ☐ Acting for the Court

Date:  November 20, 2014